FILED' 10 NOV 05 16:48USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| MASONRY INDUSTRY TRUST ADMINISTRATION, INC., an Oregon corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>ROSS BROS CONSTRUCTION, INC., an Oregon corporation, and LEGACY CONTRACTING, INC., an Oregon corporation,<br><br>    Defendants. | Case No.: 3:09-CV-00972-MO<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE |

Based on the Motion and Declaration of Plaintiff's attorney and the records and files herein,

////

////

////

////

Page 1 - ORDER OF DISMISSAL WITHOUT PREJUDICE

1  IT IS HEREBY ORDERED that the above case is dismissed without prejudice to either
2  party and without fees or costs to either party.
3  DATED: 5 Nov, , 2010.

_____
U.S. District Judge

Respectfully submitted by:

_____
Bradley L. Middleton, OSB #89311
6950 SW Hampton, Suite 250
Tigard, Oregon 97223
Of Attorneys for Plaintiff

local555\rossbros\pleadings\orderdismiss.wo.wpd

Page 2 - ORDER OF DISMISSAL WITHOUT PREJUDICE